# Court of Appeals
# of the State of Georgia

ATLANTA, August 16, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0083. TIPTON SCOTT MASTERSON v. NATIONAL COLLEGIATE STUDENT LOAN TRUST 2003-1.**

On November 16, 2016, the trial court granted National Collegiate Student Loan Trust 2003-1's motion for summary judgment against Tipton Scott Masterson. On April 5, 2017, Masterson file his notice of appeal seeking to appeal that trial court order. We, however, lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the order on appeal. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, Masterson's notice of appeal was filed 140 days after entry of the order he seeks to appeal. Accordingly, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, 08/16/2017*
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*